FILED

DEC 2 3 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEAN JOHN AIDONIS, )
)
Plaintiff, )
)
v. ) Civil Action No. 11 2289
)
WORLD SAVINGS MORTGAGE BANK, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

1



doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a senior citizen, claims to have been the victim of fraudulent and predatory lending practices with respect to a "pick-a-payment" loan, resulting in monetary damages and emotional distress. *See generally* Comp. at 5. Although the complaint asserts several bases for this Court's jurisdiction, *see id.* at 4, and demands specific relief, *see id.* at 6-8, it does not set forth factual allegations comprising a short and plain statement of entitlement to relief. Because the complaint fails to comply with Rule 8(a), it will be dismissed without prejudice.

An Order consistent with this Memorandum Opinion is issued separately.

Robert L. Wilkins
United States District Judge

DATE: 12/22/2011

2